John Eric Olson (JO4394)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006-3739
(212) 669-0600



**JUDGE SWAIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X    **07 CV 10579**

The Continental Insurance Company

      Plaintiff,

                Rule 7.1 Statement

  - against –

M.V. MSC CHINA, her engines, boilers, etc.,
in rem, MEDITERRANEAN SHIPPING
COMPANY, S.A., of Geneva and
SAFMARINE INC., in personam,



      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, The Continental Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

          SEE ATTACHED

Date: November 21, 2007

              _____
              Signature of Attorney

            Attorney Bar Code: (JO#4394)

Form Rule7_1.pdf

- **Loews Corporation** - New York, NY
  - **Boardwalk Pipeline Partners, LP** (Subsidiary) - Owensboro, KY
    - Gulf South Pipeline Company, LP (Subsidiary) - Houston, TX
  - **Bulova Corporation** (Subsidiary) - Woodside, NY
    - Manufacturing Division-Watches (Division) - Woodside, NY
    - Bulova/Wittnauer International, Inc. (Subsidiary) - Woodside, NY
    - Bulova Watch Company Limited (Subsidiary) - Toronto, Canada
  - **Carolina Group** (Subsidiary) - Greensboro, NC
    - Lorillard Tobacco Company (Subsidiary) - Greensboro, NC
  - **CNA Financial Corporation** (Subsidiary) - Chicago, IL
    - CNA (Subsidiary) - Columbus, OH
    - **CNA Insurance Companies** (Subsidiary) - Chicago, IL
      - CNA Insurance (Branch) - Reading, PA
      - The Buckeye Union Insurance Company (Division) - Columbus, OH
      - CNA Insurance (Division) - New York, NY
      - Continental Casualty Company (Division) - Chicago, IL
      - **The Continental Insurance Company** (Division) - Chicago, IL
      - Continental Insurance Corp (Division) - Chicago, IL
      - Firemen's Insurance Company of Newark, New Jersey (Division) - Chicago, IL
      - Kansas City Fire and Marine Insurance Company (Division) - New York, NY
      - National-Ben Franklin Insurance Company of Illinois (Division) - Chicago, IL
      - Pacific Insurance Company (Division) - Chicago, IL
    - CNA National Warranty Corporation (Subsidiary) - Scottsdale, AZ
    - **CNA Surety Corporation** (Subsidiary) - Chicago, IL
      - **CNA Surety Company** (Subsidiary) - Sioux Falls, SD
        - Troy Fain Insurance Inc. (Subsidiary) - Tallahassee, FL
    - Columbia Casualty Company (Subsidiary) - Chicago, IL
    - **Continental Assurance Company** (Subsidiary) - Chicago, IL
      - Valley Forge Life Insurance Company (Subsidiary) - Chicago, IL
  - Diamond Offshore Drilling, Inc. (Subsidiary) - Houston, TX
  - **Loews Hotels Holding Corporation** (Subsidiary) - New York, NY
    - Don CeSar Resort Hotel Ltd. (Subsidiary) - Saint Petersburg, FL
    - Loews Denver Hotel (Subsidiary) - Denver, CO
    - Loews L'Enfant Plaza Hotel (Subsidiary) - Washington, DC
    - Loews Vanderbilt Plaza Hotel (Subsidiary) - Nashville, TN
    - The Regency Hotel (Subsidiary) - New York, NY
    - LJC Development Corp. (Subsidiary) - Montreal, Canada
    - Loews Le Concorde (Subsidiary) - Quebec, Canada
  - **Texas Gas Transmission, LLC** (Subsidiary) - Owensboro, KY
    - Texas Gas Transmission, LLC (Subsidiary) - Madisonville, KY
    - Texas Gas Transmission, LLC (Subsidiary) - Greenville, KY

- Texas Gas Transmission, LLC (Subsidiary) - Bowling Green, KY
- Texas Gas Transmission, LLC (Subsidiary) - Morgan City, LA
- Texas Gas Transmission, LLC (Subsidiary) - Louisville, KY
- Texas Gas Transmission, LLC (Subsidiary) - Dubach, LA
- Texas Gas Transmission, LLC (Subsidiary) - Bastrop, LA
- Texas Gas Transmission, LLC (Subsidiary) - Louisville, KY
- Texas Gas Transmission, LLC (Subsidiary) - Aurora, IN
- Texas Gas Transmission, LLC (Subsidiary) - Corydon, KY
- Texas Gas Transmission, LLC (Subsidiary) - Hardinsburg, KY
- Texas Gas Transmission, LLC (Subsidiary) - Haughton, LA
- Texas Gas Transmission, LLC (Subsidiary) - Lake Cormorant, MS
- Texas Gas Transmission, LLC (Subsidiary) - Hazleton, IN
- Texas Gas Transmission, LLC (Subsidiary) - Covington, TN
- Texas Gas Transmission, LLC (Subsidiary) - Bedford, IN
- Texas Gas Transmission, LLC (Subsidiary) - Lebanon, OH
- Texas Gas Transmission, LLC (Subsidiary) - Eunice, LA
- Texas Gas Transmission, LLC (Subsidiary) - Clarksdale, MS
- Texas Gas Transmission, LLC (Subsidiary) - Greenville, MS
- Texas Gas Transmission, LLC (Subsidiary) - Shelburn, IN
- Texas Gas Transmission, LLC (Subsidiary) - Youngsville, LA
- Texas Gas Transmission, LLC (Subsidiary) - Oaktown, IN
- Texas Gas Transmission, LLC (Subsidiary) - Iowa, LA
- Texas Gas Transmission, LLC (Subsidiary) - Sterlington, LA