

# HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699                              e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

December 5, 2007

Safmarine Inc.
Giralda Farms
#Bldg. 7
Madison Avenue
P.O. Box 880
Madison, NJ 07940

      Re: M.V. MSC CHINA
         07 Civ. 10579 (Judge Swain)
         <u>Our File No.: 29686-JEO</u>

Dear Sirs:

  We enclose herewith a copy of the Initial Conference Order from the Honorable Laura Taylor Swain, scheduling a pre-trial conference for February 15, 2008, at 4:00 p.m.

  Please contact me to discuss our preliminary conference at least 21 days prior to February 15, 2008.

            Very truly yours,

            HILL RIVKINS & HAYDEN LLP

            John Eric Olson

JEO:ds
Enc.

004Safmarine

| NEW JERSEY | TEXAS | CONNECTICUT | CALIFORNIA |
|---|---|---|---|
| 175 North Broadway | 712 Main Street, Suite 1515 | 60 Quarry Dock Road | Of Counsel: |
| South Amboy, NJ 08879-1638 | Houston, TX 77002-3209 | Branford, CT 06405-4654 | Brown & Associates |
| Tel: (732) 838-0300  Fax: (732) 316-2365 | Tel: (713) 222-1515  Fax: (713) 222-1359 | Tel: (203) 315-9274  Fax: (203) 315-9264 | 11140 Fair Oaks Boulevard, Suite 100 |
| e-mail: thefirm@hillrivkins.com | e-mail: hillrivkinstexas@hillrivkins.com | e-mail: hillrivkinsct@snet.net | Fair Oaks, CA 95628-5126 |
|  |  |  | Tel: (916) 859-4910  Fax: (916) 859-4911 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
The Continental Insurance Company

              Plaintiff,

  - against –

M.V. MSC CHINA, her engines, boilers, etc.,
in rem, MEDITERRANEAN SHIPPING
COMPANY, S.A., of Geneva and
SAFMARINE INC., in personam,

              Defendants.
------------------------------------X

Index No.
07 Civ. 10579

**AFFIDAVIT OF**
**SERVICE BY MAIL**

STATE OF NEW YORK   :
                             : SS:
COUNTY OF NEW YORK :

      The undersigned, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at 30 Angela Circle, Hazlet, New Jersey 07730. That on the 5th day of December, 2007, I served the annexed Initial Conference Order by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York state, addressed to each of the following persons at the last known address set forth after each name:

    Safmarine Inc.
    Giralda Farms
    #Bldg. 7
    Madison Avenue
    P.O. Box 880
    Madison, NJ 07940

                                            _____
                                                 Donna Somma

Sworn to before me this
5th day of December, 2007

_____
Notary Public

        ROBERT BLUM
  Notary Public, State Of New York
       No.01BL4914091
    Qualified In Kings County
  Certificate Filed In New York County
Commission Expires December 7, 2011