

# HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699              e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

December 5, 2007

**Fax Transmission: 212-422-5299 and Mail**

Vincent M. DeOrchis, Esq.
DeOrchis, Wiener & Partners, LLP
61 Broadway
New York, NY 10006-2802

        Re:   M.V. MSC CHINA
                 07 Civ. 10579 (Judge Swain)
                 Our File No.: 29686-JEO

Dear Vince:

We enclose herewith a copy of the Initial Conference Order from the Honorable Laura Taylor Swain, scheduling a pre-trial conference for February 15, 2008, at 4:00 p.m.

Please contact me to discuss our preliminary conference at least 21 days prior to February 15, 2008.

                                          Very truly yours,

                                          HILL RIVKINS & HAYDEN LLP

                                          John Eric Olson

JEO:ds
Enc.

003DeOrchis

| NEW JERSEY | TEXAS | CONNECTICUT | CALIFORNIA |
|---|---|---|---|
| 175 North Broadway | 712 Main Street, Suite 1515 | 60 Quarry Dock Road | Of Counsel: |
| South Amboy, NJ 08879-1638 | Houston, TX 77002-3209 | Branford, CT 06405-4654 | Brown & Associates |
| Tel: (732) 838-0300 Fax: (732) 316-2365 | Tel: (713) 222-1515 Fax: (713) 222-1359 | Tel: (203) 315-9274 Fax: (203) 315-9264 | 11140 Fair Oaks Boulevard, Suite 100 |
| e-mail: thefirm@hillrivkins.com | e-mail: hillrivkinstexas@hillrivkins.com | e-mail: hillrivkinsct@snet.net | Fair Oaks, CA 95628-5126 |
| | | | Tel: (916) 859-4910 Fax: (916) 859-4911 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

The Continental Insurance Company

               Plaintiff,

- against –

M.V. MSC CHINA, her engines, boilers, etc.,
in rem, MEDITERRANEAN SHIPPING
COMPANY, S.A., of Geneva and
SAFMARINE INC., in personam,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Index No.
07 Civ. 10579

**AFFIDAVIT OF**
**SERVICE BY MAIL**

STATE OF NEW YORK   :
                              : SS:
COUNTY OF NEW YORK  :

      The undersigned, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at 30 Angela Circle, Hazlet, New Jersey 07730. That on the 5th day of December, 2007, I served the annexed Initial Conference Order by fax and by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York state, addressed to each of the following persons at the last known address set forth after each name:

                DeOrchis Weiner & Partners, LLP
                Attorneys for Defendant
                Mediterranean Shipping Company S.A. of Geneva
                c/o Mediterranean Shipping Company (USA) Inc.
                61 Broadway
                New York, NY 10006
                Attn: Vincent M. DeOrchis

                                                _____
                                                 Donna Somma

Sworn to before me this
5th day of December, 2007

_____
Notary Public

ROBERT BLUM
Notary Public, State Of New York
No.01BL4914091
Qualified In Kings County
Certificate Filed In New York County
Commission Expires December 7, 2011