# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739  Tel: (212) 669-0600
Fax: (212) 669-0698/0699                          e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com



February 7, 2008

**Fax Transmission – 212-805-0426**
The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FEB 0 8 2008

Re:  The Continental Insurance Company v. M.V.
     MSC CHINA, her engines, boilers, etc., et al.
     07 Civ. 10579 (LTS)
     Our File No.: 29686-JEO

Dear Judge Swain:

We are the attorneys for the plaintiff in the above captioned matter.

We are writing to request a two week adjournment of the pre-trial conference currently scheduled for February 15, 2008 at 4:00 p.m.

This is the first request for an extension, and counsel for the defendants, Gina Venezia Esq., joins in the application for this adjournment.

We make this request as Ms. Venezia has been out of her office recently due to illness, and we have not been able to meet to discuss this matter, and to discuss settlement.

The applicable bill of lading purports to contain a foreign jurisdiction clause, and we believe that a two week adjournment will allow us to study the issue and to ascertain if the case can be settled.

*The conference is adjourned to February 29, 2008 at 10:00AM.*

*SO ORDERED.*

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

*[signature] 2/7/08*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

John Eric Olson

JEO: ds

NEW JERSEY              TEXAS                    CONNECTICUT              CALIFORNIA
175 North Broadway      712 Main Street, Suite 1515   60 Quarry Dock Road       Hill Rivkins/Brown & Associates
South Amboy, NJ 08879-1638  Houston, TX 77002-3209      Branford, CT 06405-4654  11140 Fair Oaks Boulevard, Suite 100
Tel: (732) 838-0300 Fax: (732) 316-2365  Tel: (713) 222-1515 Fax: (713) 222-1359  Tel: (203) 315-9274 Fax: (203) 315-9264  Fair Oaks, CA 95628-5126
e-mail: thefirm@hillrivkins.com  e-mail: hillrivkinstexas@hillrivkins.com  e-mail: hillrivkinsct@snet.net  Tel: (916) 535-0263 Fax: (916) 535-0268
                                                                          e-mail: thefirm@bmlaw.com