

# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739    Tel: (212) 669-0600
Fax: (212) 669-0698/0699                    e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    FEB 2 2 2008

**MEMO ENDORSED**

<u>Fax Transmission – 212-805-0426</u>
The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:    The Continental Insurance Company v. M.V.
       MSC CHINA, her engines, boilers, etc., et al.
       07 Civ. 10579 (LTS)
       <u>Our File No.: 29686-JEO</u>

Dear Judge Swain:

We are the attorneys for the plaintiff in the above captioned matter.

We refer to our telephone conversation of this date with Your Chambers, and are writing to request an one month extension adjournment of the pre-trial conference currently scheduled for February 29, 2008 and 10:00 a.m.

This is our second request for an extension, and counsel for the defendants, Gina Venezia, Esq. joins in this application.

We have recently forwarded additional claim documents to Ms. Venezia, and we are of the opinion that this additional extension will allow us to fully explore settlement.

*The conference is adjourned to*
*April 4, 2008, at 4pm and the related*
*deadlines are modified accordingly.*
*SO ORDERED.*
*2/22/08*

**LAURA TAYLOR SWAIN U.S.D.J.**

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

John Eric Olson

JEO: ds  (013JudgeSwain)
cc:    <u>Fax Transmission – 212-425-1901</u>
       Gina Venezia, Esq.
       Freehill, Hogan & Mahar

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300 Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515 Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274 Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 535-0263 Fax: (916) 535-0268
e-mail: thefirm@brnlaw.com